NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5005

R&D DYNAMICS CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

William T. Welch, Barton, Baker, McMahon & Tolle, LLP of McLean, Virginia, argued for plaintiff-appellant.

Delisa M. Sanchez, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With her on the brief was Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director. Of counsel on the brief was Daniel Pantzer, Associate Counsel, Protest/Litigation Branch, Office of Command Counsel Headquarters, United States Army Material Command, of Fort Belvoir, Virginia.

Appealed from: United States Court of Federal Claims

Judge Emily C. Hewitt

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5005

R&D DYNAMICS CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States Court of Federal Claims

in CASE NO(S).     07-CV-090

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, SCHALL, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED January 28, 2009          /s/ Jan Horbaly
                                Jan Horbaly, Clerk